IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

JOE W. WATSON     PLAINTIFF

v.     No. 05-2130

JO ANNE B. BARNHART, Commissioner
Social Security Administration     DEFENDANT

### ORDER

Now on this 29th day of August 2006, there comes on for consideration the Magistrate Judge's Report and Recommendation filed on August 8, 2006 by the Honorable Beverly Stites Jones, United States Magistrate Judge for the Western District of Arkansas. (Doc. 6.) Plaintiff has filed written objections to the report and recommendation. (Doc. 7.)

The Court has reviewed this case *de novo* and, being well and sufficiently advised, finds as follows: The report and recommendation is proper and should be and hereby is adopted in its entirety.

Accordingly, the Court affirms the Administrative Law Judge's decision and Plaintiff's Complaint is hereby DISMISSED with prejudice.

IT IS SO ORDERED.

/S/ Robert T. Dawson
Robert T. Dawson
United States District Judge